UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESSE REIDY,

          Defendant.

**DECISION AND ORDER**
**13-CR-72S**

1. On August 1, 2013, the Defendant entered into a written Government's Calculation of Maximum Sentence and Sentencing Guideline Range (Docket No. 18) and pled guilty to Count 1 of the Indictment (Docket No. 5) charging a violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

2. On August 1, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 20) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's August 1, 2013, Report and Recommendation, the plea agreement, the Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's August 1, 2013, Report and Recommendation (Docket No. 20) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Jesse Reidy, is accepted, and he is now adjudged guilty of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

FURTHER, that the forfeiture allegation contained in the Indictment (Docket No. 5), is deemed admitted.

SO ORDERED.

Dated: September 3, 2013
Buffalo, New York

s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court
